Arthur G. Woodward (SBN: 142914)
REYNOLDS MADDUX WOODWARD LLP
500 Auburn Folsom Road, Suite 210
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  awoodward@rmwlawllp.com

Attorneys for Defendant K.O.O. Construction, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HUDSON P. DAVIS, INC., dba DAVIS MECHANICAL SYSTEMS, A California corporation,<br><br>           Use-Plaintiff,<br><br>      v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Defendants. | Case No.:  2:17-cv-08574-DSF-E<br><br>**DECLARATION OF ARTHUR G. WOODWARD IN SUPPORT OF  EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT K.O.O. CONSTRUCTION, INC.** |

I, Arthur G. Woodward, declare as follows:

1. I am an attorney licensed to practice in the State of California and before the United States District Court for the Central District of California.  My law firm and I are counsel of record for K.O.O. Construction, Inc. ("KOO") in this matter.  I am familiar with the facts and pleadings herein.  The following is within my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I am mindful of my ethical obligations to protect the attorney-client privileges as well as my client's confidential information.  I am therefore limited in how much factual detail I can provide to the Court.

3.     This action was filed on November 12, 2017 and I was immediately engaged by KOO to represent it.  My law firm, Reynolds Maddux Woodward LLP, has invoiced KOO on a monthly basis for legal services rendered in this matter.  This summer, KOO's cash flow situation deteriorated and KOO was not able to pay my firm's invoices.

4.     This case went to mediation in San Diego in early August.  I attended the mediation and worked with KOO to prepare for the mediation even though KOO was in arrears on the payment of its invoices.  Negotiations and discovery continued after the mediation and I continued to render legal services in connection with those activities.

5.     KOO has not paid my firm's invoice for legal services rendered in August and September 2018. KOO also has not paid the full amount due for legal service rendered before August 2018.   KOO's president, Keith Odister, informed me that KOO does not have the ability to pay its invoices and does not expect it will be able to pay the invoices.  Nevertheless, I continued to provide legal representation to KOO in responding to discovery and participating in settlement discussions.   I had hoped the case would have settled and this application would have been unnecessary.

6.     Depositions in this case have now been noticed and commence on November 14, 2018.  Some of the depositions will be in Southern California.  My office is located about 40 miles northeast of Sacramento.  My firm would suffer irreparable prejudice if I had to attend any of the depositions with no prospect of receiving any compensation for my time and expenses. The same is true for the significant volume of work necessary to prepare for and appear at the trial.

7.     I have discussed my withdrawal with KOO and its president, Keith O. Odister, has signed a declaration stating that KOO does not have the ability to pay my fees and does not object to my request to withdraw as its counsel.

8.     On November 8, 2018, I emailed counsel for Plaintiff Hudson P. Davis, Inc. and Travelers Casualty and Surety Company of America regarding this ex parte application and asked if either had an objection to the requested relief.  Both counsel replied stating they had no objection.  I have attached to this Declaration a copy of the email confirmations of Davis Mechanical's counsel, Murry Helm, and Travelers' counsel, Lyndon Chee, to this Declaration as Exhibit A.  Mr. Helm's

1  confirmation is time tagged November 09, 2018 at 3:28 pm and Mr. Chee's confirmation is below
2  Mr. Helm's and time tagged November 9, 2018 at 2:20 pm.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5      Executed this 9th day of November, 2018 at Auburn, California.

                                              */Arthur G. Woodward*
                                              Arthur G. Woodward