EXHIBIT A

**Arthur Woodward**

---

**From:** Murray Helm <mhelm@helmlaw.com>
**Sent:** Friday, November 09, 2018 3:28 PM
**To:** Arthur Woodward; Lyndon Chee; Michael Timpane
**Cc:** Jake Weaver; Linda Gray; Janna Ruth; Mark Maasch; Pamela Sestak
**Subject:** RE: Davis Mechanical v. KOO & Travelers--VA Pathology

Art, Received your confirming email November 9, 2018, at 2:15pm. Based on that confirmation, we have no objection to your intended ex-parte application to be relieved as KOO's counsel. Murray.

**Murray M. Helm, Jr., Esq.**
**Law Offices of Murray M. Helm, Jr.**
550 West "C" Street, Suite 1155, San Diego, California 92101
619.234.6744 (office) | 619.234.6860 (fax) | mhelm@helmlaw.com

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service; the Law Offices of Murray M. Helm, Jr. informs you any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment). This email and any associated files transmitted with it are confidential and intended only for the party or parties to whom they are addressed. If you are not the named addressee, do not disseminate, distribute, copy or alter this email. Please notify us by telephone at 619.234.6744, and you will be reimbursed for any reasonable costs.

**From:** Arthur Woodward <awoodward@rmwlawllp.com>
**Sent:** Friday, November 09, 2018 2:26 PM
**To:** Lyndon Chee <lc@smtdlaw.com>; Murray Helm <mhelm@helmlaw.com>; Michael Timpane <mt@smtdlaw.com>
**Cc:** Jake Weaver <jweaver@rmwlawllp.com>; Linda Gray <lgray@smtdlaw.com>; Janna Ruth <jruth@rmwlawllp.com>; Mark Maasch <mmaasch@helmlaw.com>; Pamela Sestak <psestak@helmlaw.com>
**Subject:** RE: Davis Mechanical v. KOO & Travelers--VA Pathology

Thank you Lyndon.

Arthur G. Woodward
**Reynolds Maddux Woodward LLP**
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
530.885.8500 Phone
530.885.8113 Fax
awoodward@rmwlawllp.com
www.rmwlawllp.com

**Effective 11/19/2018, we are changing our name and our address!**

**Our new name and address will be:
Reynolds Tilbury Woodward LLP
11601 Blocker Drive, Suite 105, Auburn, CA 95603
530.885.8500**

**From:** Lyndon Chee [mailto:lc@smtdlaw.com]
**Sent:** Friday, November 09, 2018 2:20 PM

1

Case 2:17-cv-08574-DSF-E  Document 36-2  Filed 11/09/18  Page 3 of 4  Page ID #:191

**To:** Arthur Woodward <awoodward@rmwlawllp.com>; Murray Helm <mhelm@helmlaw.com>; Michael Timpane <mt@smtdlaw.com>
**Cc:** Jake Weaver <jweaver@rmwlawllp.com>; Linda Gray <lgray@smtdlaw.com>; Janna Ruth <jruth@rmwlawllp.com>; Mark Maasch <mmaasch@helmlaw.com>; Pamela Sestak <psestak@helmlaw.com>
**Subject:** RE: Davis Mechanical v. KOO & Travelers--VA Pathology

Art,

No objections here to your motion, no objections to your declaration that you contacted us, no objections to your proceeding ex parte.

Lyndon Y. Chee, Esq.
SMTD Law LLP
Salamirad • Morrow • Timpane • Dunn
1999 Harrison Street Suite 660
Oakland, California 94612
(510) 907-3245
(510) 907-3242 (direct)
(510) 285-6052 (fax)

lc@smtdlaw.com
www.smtdlaw.com

**From:** Arthur Woodward <awoodward@rmwlawllp.com>
**Sent:** Friday, November 09, 2018 2:16 PM
**To:** Murray Helm <mhelm@helmlaw.com>; Lyndon Chee <lc@smtdlaw.com>; Michael Timpane <mt@smtdlaw.com>
**Cc:** Jake Weaver <jweaver@rmwlawllp.com>; Linda Gray <lgray@smtdlaw.com>; Janna Ruth <jruth@rmwlawllp.com>; Mark Maasch <mmaasch@helmlaw.com>; Pamela Sestak <psestak@helmlaw.com>
**Subject:** RE: Davis Mechanical v. KOO & Travelers--VA Pathology

Murray,

Please confirm Davis Mechanical does not object to the relief requested in the ex parte application.

Thanks.

Art

Arthur G. Woodward
**Reynolds Maddux Woodward LLP**
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
530.885.8500  Phone
530.885.8113  Fax
awoodward@rmwlawllp.com
www.rmwlawllp.com

**Effective 11/19/2018, we are changing our name and our address!**

**Our new name and address will be:**
**Reynolds Tilbury Woodward LLP**
**11601 Blocker Drive, Suite 105, Auburn, CA 95603**
**530.885.8500**

**From:** Arthur Woodward
**Sent:** Thursday, November 08, 2018 3:25 PM
**To:** 'Murray Helm' <mhelm@helmlaw.com>; Lyndon Chee <lc@smtdlaw.com>; Michael Timpane <mt@smtdlaw.com>
**Cc:** Jake Weaver <jweaver@rmwlawllp.com>; Linda Gray <lgray@smtdlaw.com>; Janna Ruth <jruth@rmwlawllp.com>; Mark Maasch <mmaasch@helmlaw.com>; Pamela Sestak <psestak@helmlaw.com>
**Subject:** RE: Davis Mechanical v. KOO & Travelers--VA Pathology

Murray, Mike and Lyndon,

I would like to submit my motion to withdraw as an exparte application. I've attached the P&A and my Declaration. Mr. Odister has already signed his declaration.

Do you have any objection to my stating in the Declaration that I contacted you regarding the application and you had no objections to the requested relief?

Thanks,

Art

Arthur G. Woodward
**Reynolds Maddux Woodward LLP**
500 Auburn Folsom Road, Suite 210
Auburn, CA 95603
530.885.8500  Phone
530.885.8113  Fax
awoodward@rmwlawllp.com
www.rmwlawllp.com

**Effective 11/19/2018, we are changing our name and our address!**

**Our new name and address will be:**
**Reynolds Tilbury Woodward LLP**
**11601 Blocker Drive, Suite 105, Auburn, CA 95603**
**530.885.8500**

3