1  Arthur G. Woodward (SBN: 142914)
   REYNOLDS MADDUX WOODWARD LLP
2  500 Auburn Folsom Road, Suite 210
3  Auburn, CA  95603
   Telephone: (530) 885-8500
4  Facsimile: (530) 885-8113
   Email:  awoodward@rmwlawllp.com
5

6  Attorneys for Defendant K.O.O. Construction, Inc.

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, for the use | Case No.: 2:17-cv-08574-DSF-E
12 | and benefit of HUDSON P. DAVIS, INC., dba
   | DAVIS MECHANICAL SYSTEMS, A          | **DECLARATION OF KEITH O. ODISTER
13 | California corporation,                | IN SUPPORT OF MOTION TO
                                            | WITHDRAW AS COUNSEL OF
14 |            Use-Plaintiff,              | RECORD FOR DEFENDANT K.O.O.
                                            | CONSTRUCTION, INC.**
15 |      v.

16 | K.O.O. CONSTRUCTION, INC., a California
17 | corporation; TRAVELERS CASUALTY AND
   | SURETY COMPANY OF AMERICA, a
18 | Connecticut corporation,

19 |            Defendants.

20

21

22

23

24         I, Keith O. Odister, declare:

25 ///

26 ///

27 ///

28 ///

---

                                        1
DECLARATION OF KEITH ODISTER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

1. I am the President of K.O.O. Construction, Inc. ("KOO").

2. KOO retained Arthur Woodward as its counsel in this case in December 2017. Mr. Woodward's firm, Reynolds Maddux Woodward LLP, has invoiced KOO on a monthly basis for legal services rendered. This summer, KOO's cash flow situation deteriorated and KOO was not able to pay the invoices.

3. This case went to mediation in San Diego in early August. Mr. Woodward attended the mediation and worked with me and KOO's staff to prepare for the mediation even though KOO was in arrears on the payment of his invoices. Negotiations and discovery continued after the mediation and Mr. Woodward continued to render legal services in connection with those activities. KOO has not paid Mr. Woodward's invoice for legal services rendered in August and September 2018. KOO also has not paid the full amount due for legal service rendered before August 2018.

4. I informed Mr. Woodward that KOO does not have the ability to pay his invoices and any future invoices and does not expect it will be able to pay them in the future.

5. Given KOO's inability to pay the invoices for legal services rendered to date and the remainder of this case, KOO does not object to Mr. Woodward's motion to withdraw as KOO's counsel in this case. I understand that if the motion to withdraw is granted, KOO will not be permitted to appear pro se, which may ultimately result in the entry of default against KOO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8 day of November, 2018 at Sacramento California.

_____
Keith O. Odister