Arthur G. Woodward (SBN: 142914)
REYNOLDS MADDUX WOODWARD LLP
500 Auburn Folsom Road, Suite 210
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  awoodward@rmwlawllp.com

Attorneys for Defendant K.O.O. Construction, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HUDSON P. DAVIS, INC., dba DAVIS MECHANICAL SYSTEMS, A California corporation,<br><br>    Use-Plaintiff,<br><br>    v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Defendants. | Case No.:  2:17-cv-08574-DSF-E<br><br>**DECLARATION OF ARTHUR G. WOODWARD PURSUANT TO ORDER CONDITIONALLY GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT K.O.O. CONSTRUCTION, INC.** |

I, Arthur G. Woodward, declare as follows:

1.     K.O.O.'s current mailing address is P.O. Box 348540, Sacramento, California 95834. Its physical address is: 2408 28th Street, Sacramento, California 95818.  Its telephone number is: (916) 399-4194.

2.     I have informed K.O.O. and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney.

---

1
DECLARATION OF ARTHUR G. WOODWARD PURSUANT TO ORDER CONDITIONALLY GRANTING EX PARTE
APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT K.O.O. CONSTRUCTION, INC.

3. I have informed K.O.O. of all future dates now set in this action, including, but not limited to, pretrial conference-related dates, discovery cut-off dates, the motion cut-off date, and the dates related to any pending discovery obligations.

4. I have informed K.O.O. that it cannot appear without counsel, and that the Court may enter default against it if it fails timely to obtain counsel. Mr. Odister confirmed that in his Declaration dated November 8, 2018 (Document 36-3).

5. I have informed K.O.O. when and where it may obtain its case file. Most of the case file has already been provided to the client electronically.

6. I have informed K.O.O. of the following:

> The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have "Pro Se Clinics" that can provide information and assistance about many aspects of dealing with a lawsuit in this Court. The Western Division (Los Angeles) Clinic is run by Public Counsel, a non-profit public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the assistance the Clinic may be able to provide, you have to go there directly. The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. to 12:00 noon and from 2:00 p.m. to 4:00 p.m. Clinic staff will see visitors during open hours on a first come, first served basis. If you arrive early in the day, you have a better chance of being seen promptly. The Clinic is located in Suite 170 of the U.S. Courthouse at 255 East Temple Street, Los Angeles, California 90012. Although the Clinic does not provide information telephonically, for further information about it you may call (213) 385-2977, ext. 270.
>
> The Eastern Division (Riverside) Clinic is run by the Public Service Law Corporation and is open on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. The Clinic is located at the George R. Brown Federal Building,

        3420 Twelfth Street, Room 125, Riverside, California 92501. For additional information call (951) 682-7968.

        The Southern Division (Santa Ana) Clinic is run by the Public Law Center and is open on Thursdays from 10:00 a.m. to 12:00 noon and 1:30 p.m. to 3:30 p.m.  The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, California 92701. For additional information call 714-541-1010, ext. 222.

Executed this 15th day of November, 2018 at Auburn, California.

                                              */Arthur G. Woodward*
                                                Arthur G. Woodward