1  Colin K. McCarthy, Bar No. 215059
   Email Address: ckmccarthy@lanak-hanna.com
2  Lauren B. Stec, Bar No. 312458
   Email Address: lbstec@lanak-hanna.com
3  member of LANAK & HANNA, P.C.
   625 The City Drive South, Suite 190
4  Orange, CA 92868
   Telephone: (714) 620-2350
5  Facsimile:  (714) 703-1610

6  Attorneys for Defendant,
   K.O.O. CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HUDSON P. DAVIS, INC., dba DAVIS MECHANICAL SYSTEMS, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | CASE NO.: 2:17-cv-08574-DSF-E <br><br> **NOTICE OF WITHDRAWAL OF ANSWER TO COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant, K.O.O. CONSTRUCTION, INC., a California corporation hereby withdraws its Answer to Complaint filed on December 17, 2018 (Dkt. 39).

///

///

///

///

{2519 25207}                                1
**NOTICE OF WITHDRAWAL**

Respectfully submitted,

Dated: December 19, 2018     LANAK & HANNA, P.C.

By: /s/ Lauren B. Stec
     LAUREN B. STEC
     Attorneys for Defendant,
     K.O.O. CONSTRUCTION, INC.
     Email: ckmccarthy@lanak-hanna.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**UNITED STATES OF AMERICA/HUDSON P. DAVIS V. K.O.O. CONSTRUCTION, INC.**
**CASE NUMBER: 2:17-CV-08574-DSF-E**
**OUR FILE NO. 25207**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action; my business address is 625 The City Drive South, Suite 190, Orange, CA 92868. On December 19, 2018, I served the foregoing document(s) described as NOTICE OF WITHDRAWAL OF ANSWER TO COMPLAINT on all interested parties to this action by delivering

☒   a copy          ☐   an original

thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

**SEE ATTACHED SERVICE LIST**

☒   **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached service list.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on December 19, 2018, at Orange, California.

*/S/ Linda R. Arriaga*
Linda R. Arriaga

PROOF OF SERVICE

{2519 25207}                    1

# **SERVICE LIST**

| | |
|---|---|
| Murray M. Helm, Jr. JR.<br>LAW OFFICES OF MURRAY M. HELM, JR.<br>550 West C. Street, Suite 1155<br>San Diego, CA 92101<br>psestak@helmlaw.com;<br>mhelm_@helmlaw.com | Attorneys for Plaintiff,<br>HUDSON P. DAVIS, INC. |
| Lyndon Y. Chee, Esq.<br>SMTD LAW, LLP<br>1999 Harrison Street, Suite 660<br>Oakland, CA 94612-3584<br>lc@smtdlaw.com;<br>lgray@smtdlaw.com | Attorneys for Defendant,<br>TRAVELERS CASUALTY AND<br>SURETY COMPANY OF<br>AMERICA |
| Michael J. Timpane, Esq.<br>SALAMIRD MORROW TIMPANE & DUNN LLP<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>mt@smtdlaw.com<br>essmtdlaw.com<br>lgray@smtdlaw.com | |

{2519 25207}                                    2