MURRAY M. HELM, JR., SBN 90426
**LAW OFFICES OF**
**MURRAY M. HELM, JR.**
550 WEST "C" STREET, SUITE 1155
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 234-6744
FACSIMILE: (619) 234-6860

Attorneys for use-plaintiff Hudson P. Davis, Inc., dba Davis Mechanical Systems

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HUDSON P. DAVIS, INC., dba DAVIS MECHANICAL SYSTEMS, a California corporation, <br><br> Use-Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | CASE NO: 2:17-cv-08574-DSF-Ex <br> (Hon. Dale S. Fischer) <br><br> **NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, DEFENDANTS AND COUNSEL:**

**NOTICE IS HEREBY GIVEN AS A RESULT OF SETTLEMENT NEGOTIATIONS**, the above-entitled matter has settled, in its entirety.

At present, the parties have fully executed a formal settlement agreement and will soon be preparing a Stipulation for Dismissal. Once the settlement payment clears the bank upon which it is drawn, a Stipulation for Dismissal will be filed with the Court. The settlement documents and settlement payment are

expected to be executed and released within the next twenty (20) days. Thereafter, the Stipulation for Dismissal will be filed with the Court.

DATED: February 4, 2019

Respectfully submitted,

LAW OFFICES OF
MURRAY M. HELM, JR.

By: */s Murray M. Helm, Jr.*
    MURRAY M. HELM, JR.
Attorneys for use-plaintiff Hudson P. Davis, Inc., dba Davis Mechanical Systems

146-024/PL0016